UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE TOOLS,

    Plaintiff,                                       Case No. 20-13072
                                                Honorable Victoria A. Roberts

v.

COMMISSONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF No. 20]

On May 9, 2022, Magistrate Judge Patricia T. Morris issued a Report and Recommendation [ECF No. 20]. She recommends DENYING Plaintiff's Motion for Summary Judgment [ECF No. 17] and GRANTING Defendant's Motion for Summary Judgment [ECF No. 19].

Neither party filed objections within the fourteen-day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

The Court **GRANTS** Defendant's motion and **DENIES** Plaintiff's. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                                       S/ Victoria A. Roberts
                                                       Victoria A. Roberts
                                                       United States District Judge

Dated: June 13, 2022